UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RAFAEL LLOVERA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 5:23-cv-1567-AMM-SGC |
| STEPHEN D. PARKER, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This is an action pursuant to 42 U.S.C. § 1983 filed by Rafael Llovera, who is proceeding *pro se*. Doc. 1. On January 8, 2024, the court granted Mr. Llovera's application to proceed *in forma pauperis*, assessed no initial partial filing fee, and ordered him to sign a Prisoner Consent Form and return it to the Clerk of Court within thirty days if he wished to continue with this action. Doc. 7. Mr. Llovera was cautioned that if he did not sign and return the form by the deadline, his lawsuit might be dismissed without further notice. *Id*. Mr. Llovera did not timely return his Prisoner Consent Form, and so on February 20, 2024, the magistrate judge entered a report recommending this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Doc. 9. Mr. Llovera was advised of his right to file written objections to the Report and Recommendation

within fourteen days, but the court has not received any objections or other response from Mr. Llovera.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Doc. 9. Consistent with that recommendation, this action will be dismissed without prejudice because Mr. Llovera has failed to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

A final judgment will be entered.

**DONE** and **ORDERED** this 14th day of March, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE